(May 8, 1942.)

ALBERT MATEYKA, Respondent, v. HENRY M. REISCHMANN and CELIA PAULISSEN, Appellants.

PER CURIAM. We interpret the interlocutory judgment to mean that on th accounting plaintiff is entitled to one-third of the assets of the partnership afte crediting each partner with the amount of such partner's capital contribution As so interpreted, we think the judgment is correct.

The judgment should be affirmed, without costs.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Judgment unanimously affirmed, without costs.

JAMES F. WALSH PAPER CORP., Appellant, v. CRYSTALCOTE, INC., Respondent Impleaded with Another, Defendant.

PER CURIAM. While the plaintiff's proof did not support its entire claim and the testimony was not without contradiction, we find that, applying the rule which requires the most favorable inferences to be drawn in its favor, plaintiff, prima facie at least, established the right to part of the relief sought. Under the circumstances, it was error to dismiss the complaint.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.

HARRY LEICHTMAN, Respondent, v. LEONARD H. SMITH, Appellant, THE BISODOL COMPANY and AMERICAN HOME PRODUCTS CORPORATION, Respondents, and WALTER H. JEWELL and Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ. [See *ante*, p. 119.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THREE EIGHTY THREE REALTY CORPORATION, Relator, Appellant, v. WILLIAM STANLEY MILLER, as President, and Others, as Tax Commissioners of the City of New York, Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously modified by reducing the assessment on lot 31 for the year 1939–1940 from $62,500 to $62,000, and in all other respects affirmed, without costs to either party. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.